IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NEENA LEE WEANS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. _____ |
| v. | ) | |
| | ) | |
| SWIFT TRANSPORTATION | ) | |
| SERVICES, LLC d/b/a SWIFT | ) | |
| TRANSPORTATION; and JOHN | ) | |
| DOE CORPORATIONS (1-5), | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

COMES NOW defendant Swift Transportation Services, LLC d/b/a Swift Transportation ("Swift") and, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files this notice of removal within the time prescribed by law, showing the Court, as follows:

1.

On March 25, 2021, plaintiff filed a complaint in the State Court of Cobb County, Georgia, Civil Action No. 21-A-1095, which county is within the Atlanta Division of the Northern District of Georgia.

2.

This notice of removal is filed within the time period prescribed by 28 U.S.C. § 1446(b).

3.

A true and correct copy of all process, pleadings, and orders filed in connection with this action is attached hereto as Exhibit A.  Swift has no knowledge of any other process, pleadings, or orders filed or served in connection with this action, other than those attached hereto.

4.

This Court has original jurisdiction over the above-referenced case under 28 U.S.C. § 1332.

5.

There is complete diversity among the parties.

6.

Plaintiff is a citizen of Georgia.  (Compl. ¶ 2.)

7.

Swift is a limited liability company organized under the laws of the State of Delaware; its principal place of business is located at 2200 South 75th Avenue, Phoenix, Arizona 85043.  (Compl. ¶ 3.)  The sole member of Swift is Knight-Swift

Transportation Holdings Inc., a publicly-traded corporation organized under the laws of the State of Delaware, with its principal of business located at 2200 South 75th Avenue, Phoenix, Arizona 85043.  Accordingly, Swift is a citizen of Delaware and Arizona for purposes of diversity jurisdiction.  28 U.S.C. § 1332(c)(1).

8.

Swift makes a plausible allegation that plaintiff seeks recovery in an amount in excess of $75,000, exclusive of interest and costs.  *Dart Cherokee Basin Op. Co. v. Owens*, 574 U.S. 81 (2014).  Specifically, plaintiff seeks damages for alleged personal injuries, including general damages for past mental and physical pain and suffering and special damages for past and future medical expenses of $208,607.90.  (Compl. ¶¶ 49-52, prayer for relief.)

9.

The undersigned has read this notice of removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, this notice of removal having been filed, said action shall proceed in the United States District Court for the Northern District of Georgia,

- 4 -

Atlanta Division, and no further proceedings shall be held in the State Court of Cobb County, Georgia.

          STONE KALFUS LLP

          */s/ Matthew P. Stone*
          Matthew P. Stone
          Georgia Bar No. 684513
          matt.stone@stonekalfus.com
          Shawn N. Kalfus
          Georgia Bar No. 406227
          shawn.kalfus@stonekalfus.com
          Attorneys for Defendant
          Swift Transportation Services, LLC

One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that, on April 23, 2021, I filed the foregoing *NOTICE OF REMOVAL* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants. Counsel of record is:

    Hannah Moore, Esq.
    Cambre and Associates, LLC
    2310 Parklake Drive, Suite 300
    Atlanta, GA 30345

    */s/ Matthew P. Stone*
    Matthew P. Stone
    Georgia Bar No. 684513

Stone Kalfus LLP
One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)